No. 04–850. KAHL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–877. DONAHUE ET AL. v. PUBLIC SCHOOL EMPLOYEES' RETIREMENT SYSTEM OF PENNSYLVANIA ET AL. Sup. Ct. Pa. Certiorari denied.

No. 04–5025. REED v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5054. ISRAEL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5091. JOSEPH, AKA SANDERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5337. SANTOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5485. HAMILTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5588. KREIGER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–5601. BARNES v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–5628. AKIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5683. PATRICK v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–5751. SHAW v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–5926. ESTRADA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–5943. HUBBARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5950. VIZZINI v. HUTCHINSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–5976. MILLER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.